# EXHIBIT A



ONNACC01
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED



571-316-2508 DC Metro Area
855-974-6140 Outside Metro

| Date | Reference # | Total Bal | Amt Enclosed |
|---|---|---|---|
| 4/10/2015 | | $337.00 | $ |

▆9488-92    565434138

Kimberly Morgan
1032 E Knapp St
Milwaukee WI 53202-3841

N C C
PO Box 9156
Alexandria VA 22304-0156

***Detach Upper Portion And Return With Payment***

Your Account With:     Infinity Healthcare Physicians Sc
Reference Number:
Account Number:        ▆9488
Total Due:             $337.00

ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

Your account for emergency room medical services rendered to you on 07/16/14 at Columbia St Mary's - Milwaukee has been acquired by Pendrick Capital Partners, LLC, and turned over to Nationwide Credit Corporation for collection of this debt. This account is only for services performed by the Emergency Room Physician. These charges are not from the Hospital.

To make a payment online, please go to http://www.paynccarm.com/.
Your access code is: ▆

If this account is not resolved within 45 days, we will report the account to Equifax, Experian, and Trans Union credit reporting agencies.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you contact this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt from a collector. Any information obtained will be used for that purpose.

This collection agency is licensed by the Division of Banking in the Wisconsin Department of Financial Institutions, www.wdfi.org.

114ONNACC01092

N C C ◆ 5503 Cherokee Ave ◆ Alexandria VA 22312-2307 ◆ 571-316-2508 ◆ 855-974-6140

Case 2:16-cv-01461-LA     Filed 11/01/16     Page 2 of 3     Document 1-1

Our client, Pendrick Capital Partners, LLC ("Pendrick CP"), has asked us to provide you with the information contained below.

This notice is being provided to you in compliance with the Gramm-Leach-Bliley Privacy Act.

This notice has not reflection or bearing upon the status of your account. For example, if your account has been settled, the balance has been paid, the balance has been disputed, or if you have filed for bankruptcy protection, the status of your account shall not change as a result of this notice.

The privacy and security of your personal information is important to Pendrick CP, Pendrick CP does not share information about you with anyone, except as permitted by law. This notice will inform you about Pendrick CP's policies and procedures concerning the personal information about you that Pendrick CP obtains, maintains and discloses in connection with the account(s) of your that Pendrick CP owns. Pendrick CP collections nonpublic information about you that is obtained from one or more of the following sources.

1. Information Pendrick CP received from companies that sold Pendrick CP your account(s)
2. Information about your transactions with Pendrick CP's affiliates; and
3. Information from skip tracing companies and/or consumer reporting agencies

INFORMATION PENDRICK CP MAY SHARE WITH PENDRICK CP'S AFFILIATES -- Pendrick CP may share identification (such as name and address) information about Pendrick CP's transactions and experiences with you (such as payment history) and information that does not identify you, with Pendrick CP's affiliates. By sharing this information, Pendrick CP is better able to service your account(s).

INFORMATION PENDRICK CP MAY SHARE WITH NONAFFILIATED COMPANIES -- Pendrick CP shares all of the information Pendrick CP collects about you, as described above, with non affiliated companies, as permitted by law, to assist in the servicing of your account(s). For example, Pendrick CP:

1. May share information about you with companies that Pendrick CP uses to perform account servicing functions to manage and maintain your account and to process transaction you have authorized; and
2. May report information about you to consumer reporting agencies, government agencies in response to a subpoena, or others in connection with investigations.

Because Pendrick CP respects your privacy, Pendrick CP does not sell, trade or otherwise disclose your identity or any other personal information about you to third parties for their marketing purposes. Pendrick CP does not share collected information about customers or former customers with third parties for any other purpose, except as permitted by applicable privacy law. For example, collected information may be shared in certain circumstances (A) with third parties, to service or enforce accounts, (B) with credit reporting agencies, and (C) with law enforcement officials, to protect against fraud or other crimes.

CONFIDENTIALITY AND SECURITY OF YOUR ACCOUNT(S) -- Pendrick CP restricts access to nonpublic personal information about you to only those employees who need to know such information, and third party service providers who provide support services to Pendrick CP, Pendrick CP maintains physical, electronic and procedural safeguards to protect your personal information. If Pendrick CP uses other companies to provide services for Pendrick CP, Pendrick CP requires them to keep the information Pendrick CP shares with them safe and secure and Pendrick CP does not allow them to use or share information for any purpose other than the job they are hired to do.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act.** This Privacy Notice is being sent to you by Pendrick CP in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

FURTHER INFORMATION: For additional information concerning Pendrick CP's privacy policy, you may write to Pendrick CP at: Pendrick Capital Partners, LLC, Attn: Customer Service, 79 Warren Street Suite 2C, Glens Falls, NY 12801.