# Exhibit B



**Please Mail All Correspondence To:**
4500 Cherry Creek Drive South, Suite 300 · Glendale CO 80246-1531

888-982-6717

11/03/2015

| | |
|---|---|
| Creditor: | PENDRICK CAPITAL PARTNERS |
| Principal Balance: | $337.00 |
| Balance: | $337.00 |

Your Account No.: ▮1303
Client Ref #: 

Morgan, Kimberly / Morgan, Kimberly,

Your Infinity Healthcare Phys, SC. account has been purchased by PENDRICK CAPITAL PARTNERS. All inquiries regarding this account should be made to Virtuoso Sourcing Group. If in 40 days following receipt of this notice and the expiration of the validation period below, the account remains unresolved it will be reported to the three national credit reporting agencies.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

Visit our web site https://virtuososourcing.123fastpay.com/
Make a payment, set up a payment plan, report important information regarding your account.

**IMPORTANT:** Please have this reference number handy when calling our office ▮303

IGLVIRT0100114

***PLEASE DETACH AND ENCLOSE THE LOWER PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED***

GLVIRT01
PO Box 1022
Wixom MI 48393-1022
FORWARD SERVICE REQUESTED

| | |
|---|---|
| Creditor: | PENDRICK CAPITAL PARTNERS |
| Amount Due: | $337.00 |
| Account No.: | ▮1303 |
| Client Ref #: | |
| Amount Enclosed | $ |

11/03/2015

724565775

PERSONAL & CONFIDENTIAL
Morgan, Kimberly
1032 E Knapp St
Milwaukee WI 53202-3841

**SEND ONLY PAYMENTS TO THIS ADDRESS:**
▮1303
Virtuoso Sourcing Group, LLC
PO Box 8546
Omaha NE 68108-0546

 IF YOU WISH TO PAY BY VISA OR MASTERCARD,
PLEASE CALL OUR OFFICE OR VISIT OUR WEBSITE
AT https://virtuososourcing.123fastpay.com/

## Privacy Notice

This notice is being forwarded to you in compliance with the requirements of the Gramm-Leach-Bliley Privacy Act, 15 U.S.C. sec. 6801 et seq. It has no reflection or bearing upon the status of your account.

### Information We May Collect

Pendrick Capital Partners, LLC, collects non-public personal information about you that is obtained from one or more of the following sources:

1. Information we received from companies that sold us your account (for example, applications and other related forms);
2. Information about your transactions with us, our affiliates, or others; and
3. Information we received from a consumer-reporting agency.

### Information We May Share With Our Affiliates

The Account Owners may share identification information (such as name and address), information about our transactions and experiences with you (such as payment history), and information that does not identify you, with companies related to us by common control or ownership ("affiliates"). By sharing this information, we are better able to service your accounts.

### Information We May Share With Nonaffiliated Companies

The Account Owners may share all of the information we collect about you, as described above, with nonaffiliated companies, as permitted by law. For example:

- We may share information about you with companies that we use to perform account-servicing functions to manage and maintain your account and to process transactions that you have authorized; and

- We may report information about you to consumer reporting agencies, government agencies in response to subpoenas, or others in connection with investigations.

### Confidentiality and Security of your Account

The Account Owners restrict access to nonpublic personal information about you to only those employees who need to know such information, and third party service providers who provide support services to us. We maintain physical, electronic and procedural safeguards to protect your personal information. If we use other companies to provide services for us, we require them to keep the information we share with them safe and secure and we do not allow them to use or share the information for any purpose other than the job they are hired to do.

### Additional Rights and Modifications

You may have other privacy protections under state or federal laws including the Fair Debt Collection Practices Act. This notice does not affect any rights or privacy protections provided by these laws. We may amend this Privacy Notice at any time, and will inform you of changes as required by law.

In accordance with the Fair Debt Collection Practices Act (FDCPA): This is an attempt to collect a debt by a debt collector. Any information obtained will be used for that purpose.

**Vermont Residents Only**: Following the law of your state, we will not disclose nonpublic personal financial information about you to nonaffiliated third parties (other than as permitted by law) unless you authorize us to make that disclosure. Your authorization must be in writing. If you wish to authorize us to disclose your nonpublic personal financial information to nonaffiliated third parties, you may write us at:.